IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CYNTHIA MARSH, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-cv-15 |
| | § | |
| WAL-MART STORES INC., | § | |
| Defendant | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is a Stipulation of Dismissal With Prejudice between Plaintiff Cynthia Marsh and Defendant Wal-Mart Stores, Inc. (incorrectly named; correct name is "Wal-Mart Stores Texas, LLC") ("Defendant"). After considering the Stipulation, the Court finds that the Stipulation should be entered.

It is therefore ORDERED that all claims asserted by Cynthia Marsh against Defendant in this matter are hereby dismissed with prejudice to re-filing the same.

It is further ORDERED that all claims asserted by Defendant against Cynthia Marsh in this matter are hereby dismissed with prejudice to re-filing the same.

Each party shall bear its own costs, expenses and attorneys fees.

So ORDERED and SIGNED this 23rd day of February, 2012.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE